IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CLAUDE THORN                                                                      PLAINTIFF

vs.                                   Civil No. 4:06cv4007

TYSON FOODS, INC.                                                                 DEFENDANT

## **O R D E R**

Plaintiff has submitted for filing in this district a complaint pursuant to the Fair Labor Standards Act, along with an *in forma pauperis* application. We find the complaint should be provisionally filed prior to a determination regarding plaintiff's status as a pauper and service of process.[1] The United States District Clerk is hereby directed to file the complaint and *in forma pauperis* application.

IT IS SO ORDERED this 18th day of January 2006.

*/s/ Bobby E. Shepherd*
HON. BOBBY E. SHEPHERD
UNITED STATES MAGISTRATE JUDGE

---

[1] *Carney v. Houston,* 33 F.3d 893 (8th Cir. 1994); *Gentile v. Missouri Dept. of Corr. & Human Res.,* 986 F.2d 214 (8th Cir. 1993).

AO72A
(Rev. 8/82)